UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | CRIMINAL NO. _____ |
| | § | |
| Plaintiff | § | INDICTMENT A11CR 588 SS |
| | § | |
| v. | § | [Ct. I – Vio: 18 U.S.C. § 1349–Conspiracy to |
| | § | Commit Wire Fraud] |
| JUSTIN HILTON (1) | § | |
| JOY HOOVER (2) | § | |
| CAROL HILTON (3) | § | |
| | § | |
| Defendants | § | |
| | § | |

**THE GRAND JURY CHARGES:**

At all times material to the Indictment:

## Introduction

1. **JUSTIN HILTON** was an owner and officer of Hilton Properties, Ltd.; Hilton Property Management, Inc.; and Hilton Investments, LLC; located in Austin, Texas. **JUSTIN HILTON**, through his companies, bought and sold single family homes. **JUSTIN HILTON** bought multiple homes owned by the Department of Housing and Urban Development (HUD) as part of his business.

2. **JOY HOOVER** was the nominal office manager for **JUSTIN HILTON's** real estate investment companies. **HOOVER** acted as a straw purchaser for HUD property on behalf of **JUSTIN HILTON**, and she recruited other straw purchasers to buy HUD homes. **HOOVER** also acted as the Attorney-in-Fact and signed documents at certain property closings for some of the straw purchasers. **HOOVER** also initiated wire transfers for the purchase of the HUD

properties, purchased cashier's checks or money orders on behalf of the straw purchasers, and

issued checks to the straw purchasers for their participation in the scheme.

3. **CAROL HILTON** acted as a straw purchaser for two HUD properties on behalf of

**JUSTIN HILTON**.  **CAROL HILTON** also acted as the Attorney-in-Fact and signed

documents at certain property closings for some of the straw purchasers.

4. **WILLIAM DUNHAM, CYNTHIA THORNSBERRY, and JOHN**

**WESTBROOK** (collectively Real Estate Agents) were licensed real estate agents in the State of

Texas. **DUNHAM, THORNSBERRY, and WESTBROOK** identified and recruited straw

purchasers of HUD homes for the benefit of **JUSTIN HILTON**. **DUNHAM,**

**THORNSBERRY, and WESTBROOK** also assisted **JUSTIN HILTON** identify HUD homes

as properties for purchase as investment properties.

5. The United States Department of Housing and Urban Development (HUD) is a

cabinet-level department of the United States of America.  One of the primary functions of HUD

is to promote affordable single family home ownership for all Americans. HUD, through the

Federal Housing Administration (FHA), guarantees the repayment of certain qualified mortgage

loans originated by approved lenders.

6. When a mortgage loan for real property insured by FHA goes into default and the

lender forecloses, HUD pays the outstanding balance of the mortgage to the lender and assumes

ownership of the real property.  A HUD employee in the Real Estate Owned Property (REO)

Division then develops and coordinates the disposition of the foreclosed properties in accordance

with HUD guidelines and regulations.  As a general rule, HUD properties are to be sold after they

have been publically advertised on an "as is" basis, without repairs or warranties.

7. HUD properties that are sold on an individual competitive bid basis are sold through local real estate brokers. For HUD properties offered with insured mortgages, priority is given to owner-occupant purchases, as defined in Title 24, Code of Federal Regulations (CFR) § 291.5, for a period of up to 30 days. For HUD properties offered without insured mortgages, priority is given to governmental entities and non-profit organizations over owner-occupant purchasers. Real estate investor bids are accepted only after it is determined that there are no qualifying bids from owner-occupants, governmental entities, or non-profit organizations.

8. Potential bidders for HUD properties submit bids for the properties through local real estate agents. As part of the bidding process, the bidder claiming an owner-occupant priority must submit a Sales Contract and Addendum to Sales Contract certifying that the offer to purchase the HUD property is made as an owner-occupant. The bidder must also affirm on the Addendum to the Sales Contract that she has not purchased a HUD-owned property as an owner-occupant within the past 24 months. The bidder also certifies that she will occupy the property as her primary residence for at least 12 months. The real estate broker representing the owner-occupant also certifies on the HUD Addendum to the Sales Contract that the bidder is not an investor purchaser.

## The Conspiracy and its Objects

9. Beginning on or about January 1, 2005, and continuing through December 30, 2008, in the Western District of Texas and elsewhere, **JUSTIN HILTON, CAROL HILTON, and JOY HOOVER,** knowingly and willfully conspired, confederated, and agreed with each other and other individuals known to the Grand Jury to devise a scheme and artifice to defraud HUD and obtain HUD-owned properties by making materially false and fraudulent pretenses,

representations, and promises, and for the purpose of executing and attempting to execute the

scheme and artifice, caused writings, signs, and signals to be transmitted by means of wire

communications in interstate commerce, a violation of 18 U.S.C. § 1343.

**Manner and Means of the Conspiracy**

10.   The purpose of the conspiracy was to purchase HUD-owned houses by certifying that

the buyer of the house was an owner-occupant.   As part of the manner and means of the

conspiracy, the conspirators arranged for straw purchasers to buy the houses and then transfer

them back to the conspirators for sale to other individuals.   The straw purchasers acted under the

direction of the conspirators and were given cash compensation for their role in the scheme.

Certified forms claiming that the straw purchasers were owner-occupants were submitted to

HUD. The wiring instructions and funds to purchase the HUD property went through interstate

commerce in order to complete the sale and transfer of the HUD property to the straw purchaser.

11.   The conspiracy and scheme to defraud included, but was not limited to, the following

properties:

| Purchase Date | Address | City | Straw Purchaser | Re-sale Date |
|---|---|---|---|---|
| 02/11/05 | 2166 Redwing Way | Round Rock | J.C. | 02/11/05 |
| 03/07/05 | 7406 Arctic Court | Austin | Joy Hoover | 03/10/05 |
| 04/18/05 | 7546 Compass Drive | Austin | Justin Hilton | 07/15/05 |
| 05/03/05 | 12 W Inwood Forest | Wimberley | Carol Hilton | 06/17/05 |
| 05/19/05 | 12221 Mustang Drive | Buda | C.A. | 05/27/05 |
| 06/02/05 | 93 Misty Drive | Kyle | C.D. | 08/01/05 |
| 08/16/05 | 305 Railyard Drive | Kyle | J.R | 10/31/05 |
| 09/12/05 | 1806 Carriage Club | Cedar Park | K.F. | 11/17/05 |
| 10/10/05 | 14001 Joyce Drive | Leander | W.D. | 10/26/05 |
| 10/21/05 | 20710 Galilee Court | Manor | C.J. | 11/30/05 |
| 01/17/06 | 16 Cogans Grove | Huntsville | E.F. | 01/18/06 |
| 01/27/06 | 5 Jacob Street | Huntsville | M.W. | 03/24/06 |
| 02/09/06 | 38 Victoria Way | Huntsville | T.W. | 03/29/06 |

| 02/16/06 | 141 Hill Drive | Spring Branch | W.C. | 03/21/06 |
|----------|----------------|---------------|------|----------|
| 04/10/06 | 9610 Oak Hill Drive | Willis | P.G. | 03/20/06 |
| 04/18/06 | 647 Dolle Avenue | Seguin | S.R. | 05/08/06 |
| 04/24/06 | 16423 Trenda Court | Conroe | E.B. | 05/08/06 |
| 05/08/06 | 109 Country Lane | Kyle | S.F. | 07/28/06 |
| 05/24/06 | 410 Church Street | Ector | A.H. | 06/23/06 |
| 06/15/06 | 302 Stag Horn Pass | Kyle | N.B. | 06/15/06 |
| 06/19/06 | 115 E Stacie Road | Harker Heights | D.H. | 09/29/06 |
| 06/21/06 | 1609 Gale Court | Pelican Bay | C.H. | 08/21/06 |
| 06/26/06 | 6 Cottonwood Lane | Huntsville | W.H. | 07/05/06 |
| 07/06/06 | 23 Victoria Way | Huntsville | C.M. | 07/06/06 |
| 07/07/06 | 16427 Tamra Court | Conroe | G.H. | 09/01/06 |
| 07/14/06 | 10 Cogans Grove | Huntsville | C.P. | 07/31/06 |
| 07/28/06 | 14103 Hytop Drive | Pflugerville | E.E. | 11/07/06 |
| 07/28/06 | 114 Everrett Drive | Uhland | D.H. | 07/28/06 |
| 09/11/06 | 14 Ellen Lane | Huntsville | S.B. | 11/08/06 |
| 10/02/06 | 102 Earl Road | Huntsville | C.D. | 11/08/06 |
| 10/18/06 | 2 Victoria Way | Huntsville | B.S. | 11/14/06 |
| 11/21/06 | 2589 Elmwood Drive | Wills Point | D.R. | 12/19/06 |
| 01/31/07 | 715 N. 4th Street | Temple | K.A. | 03/10/07 |
| 04/05/07 | 97 Misty Drive | Uhland | C.T. | 05/01/07 |
| 10/25/07 | 1704 W Wallace Street | San Saba | E.B. | 11/05/07 |
| 11/09/07 | 38 Skyridge Drive | Martindale | L.A. | 11/09/07 |
| 01/14/08 | 705 E Liberty Street | Mexia | Justin Hilton | 11/17/09 |
| 04/24/08 | 15528 Morning Star Circle | Eustace | Carol Hilton | 06/30/08 |
| 06/06/08 | 7614 Cutter Drive | Frankston | J.R. | 06/18/08 |
| 06/24/08 | 815 NW CR 2007 | Corsicana | K.H. | 07/31/08 |
| 07/10/08 | 208 Troy View Drive | Troy | E.F. | 07/21/08 |
| 12/30/08 | 219 Shady Shores | Mabank | T.D. | NA |

## Overt Acts

12.  On or about January 17, 2005, and continuing through March 10, 2005, **JOY HOOVER** caused to be submitted a signature on a HUD document claiming that she was an owner-occupant for the purchase of a HUD-owned home located at 7406 Arctic Court, Austin, Texas. **JOHN WESTBROOK**, as the salesperson for the transaction, also certified that the

Indictment - Page 5

information on the HUD document was true and correct.  The claim that **HOOVER** was an

owner-occupant was false.  **HOOVER** attended the real estate closing and caused $22,853.97 to

be wire transferred to a U.S. Treasury account in New York, New York.  **HOOVER** transferred

the property to **JUSTIN HILTON** by General Warranty Deed on March 10, 2005.

13.  On or about February 20, 2005, and continuing through July 15, 2005, **CAROL**

**HILTON**, acting as **JUSTIN HILTON'S** attorney-in-fact, caused to be submitted a signature on

a HUD document claiming that **JUSTIN HILTON** was an owner-occupant for the purchase of a

HUD owned home located at 7546 Compass Drive, Austin, Texas.  **JOHN WESTBROOK**, as

the salesperson for the transaction, also certified that the information on the HUD document was

true and correct.  The claim that **JUSTIN HILTON** was an owner-occupant was false.  On April

18, 2005, **CAROL HILTON** attended the real estate closing and caused $18,649.10 to be wire

transferred to a U.S. Treasury account in New York, New York.  **JUSTIN HILTON** transferred

the property to J.T. by General Warranty Deed on July 15, 2005.

14.  On or about March 16, 2008, and continuing through August 19, 2008, **CAROL**

**HILTON** caused to be submitted a signature on a HUD document claiming that she was an

owner-occupant for the purchase of a HUD owned home located at 15528 Morning Star Circle,

Eustace, Texas.  **JOHN WESTBROOK**, as the salesperson for the transaction, also certified that

the information on the HUD document was true and correct.  The claim that **CAROL HILTON**

was an owner-occupant was false.  On April 24, 2008, **CAROL HILTON** attended the real

estate closing and caused $25,963.38 to be wire transferred to a U.S. Treasury account in New

York, New York.  **CAROL HILTON** transferred the property to **JUSTIN HILTON** by General

Warranty Deed on June 30, 2008. **JUSTIN HILTON** transferred this property to L.F. on August 19, 2008.

## NOTICE OF UNITED STATES OF AMERICA'S DEMAND FOR FORFEITURE
**[18 U.S.C. §§ 1343 & 1349 and subject to forfeiture pursuant to 18 U.S.C. § 982(a)(2)]**

### I.
### Wire Fraud

As a result of the foregoing criminal violations as set forth in Count One which is punishable by imprisonment for more than one year, the United States gives notice that it intends to forfeit, but is not limited to, the money judgment listed below from **DEFENDANT JUSTIN HILTON (1)**. **DEFENDANT JUSTIN HILTON (1)** shall forfeit all right, title, and interest in said property to the United States pursuant to 18 U.S.C. § 982(a)(2), which states the following:

> **Title 18 U.S.C. § 982(a)(2)**
> (2) The court, in imposing sentence on a person convicted of a violation of, or a conspiracy to violate—
>> (A) section . . . 1343 . . . of this title, affecting a financial institution,
>> . . . .
> shall order that the person forfeit to the United States any property constituting, or derived from, proceeds the person obtained directly or indirectly, as the result of such violation.

This Notice of Demand for Forfeiture includes, but is not limited to, the property described below in paragraph II.

### II.

### Money Judgment

As a result of the foregoing criminal violations as set forth in Count One, **DEFENDANT JUSTIN HILTON (1)** shall forfeit to the United States all right, title and interest, pursuant to

Rule 32.2 of the Federal Rules of Criminal Procedure and 18 U.S.C. § 982(a)(2), in the following

described Money Judgment of Forfeiture:

A sum of money equal to Eight Hundred Seventy Thousand, Two Hundred Ninety-Two Dollars ($870,292.00), representing the amount of proceeds obtained, directly or indirectly, as a result of the violations set out in the above-described Count and for which **DEFENDANT JUSTIN HILTON** is liable.

## III.

### Substitute Assets
**[18 U.S.C. § 982(a)(2), 21 U.S.C. § 853(p), pursuant to 18 U.S.C. § 982(b)(1) and Fed. R. Crim. P. 32.2]**

If any of the money judgment described above as being subject to forfeiture for violations

of 18 U.S.C. §§ 1349 & 1343 and subject to forfeiture pursuant to 18 U.S.C. § 982(a)(2), as a

result of any act or omission of **DEFENDANT JUSTIN HILTON (1)**:

a.      cannot be located upon the exercise of due diligence;

b.      has been transferred or sold to, or deposited with, a third person;

c.      has been placed beyond the jurisdiction of the Court;

d.      has been substantially diminished in value; or

e.      has been commingled with other property which cannot be

        subdivided without difficulty;

it is the intent of the United States of America to seek forfeiture of any other property up to the

value of said forfeitable property and money judgment described above in paragraph II.

A TRUE BILL

## ORIGINAL SIGNATURE
## REDACTED PURSUANT TO
## E-GOVERNMENT ACT OF 2002

ROBERT PITMAN
UNITED STATES ATTORNEY

DANIEL D. GUESS
Assistant United States Attorney
State Bar of Texas 00789328
816 Congress Avenue, Suite 1000
Austin, Texas 78701

Indictment - Page 9