Sealed _____

Unsealed  **X** _____

Personal Data Sheet    USAO#  **2011R15647**

## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS

**RELATED CASE  X  YES  ___ NO**
**CASE NO. REDACTED**    A11CR 588 SS

| Field | Value | Field | Value |
|---|---|---|---|
| County: | **TRAVIS** | Division: | **AUSTIN** |
| Date: | **10/18/2011** | Mag Ct.#: | |
| SSN: | **REDACTED** | FBI#: | |
| Case No.: | | Assistant U.S. Attorney: | **Daniel Guess** |
| Defendant: | **Justin Hilton (1)** | Date of Birth: | **REDACTED** |
| Address: | **REDACTED** | | |

Citizenship: United States **X**    Mexican ___    Other ___

Interpreter Needed: Yes ___   No **X**    Language ___

Defense Attorney: ___    Employed ___

Address of Attorney: ___    Appointed ___

Defendant is:  In Jail ___   Where: ___

On Bond ___   Amt. of Bond ___   Where: ___

Date of Arrest: ___    Bench Warrant Needed  **N**

**Summons Needed   X**

Prosecution By:    Information ___    Indictment **X**

Offense (Code & Description):  **Count 1 -- (18 U.S.C. § 1349) - Conspiracy to Commit Wire Fraud**

Offense Is:   Felony **x**   Misdemeanor ___

Maximum Sentence:  **Count 1 -- 20yrs imprisonment; a fine of $250,000; TSR of 3 yrs; $100 mandatory Special Assessment.**

Penalty is Mandatory:   Yes **X** As to special assessment    No ___

Remarks:  **REDACTED**

Sealed _____

Unsealed  **X** _____

Personal Data Sheet    USAO#   **2011R15647**

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS

RELATED CASE **X** YES ___ NO
CASE NO. **REDACTED**

**A11CR 588 SS**

County: **TRAVIS**   **AUSTIN** Division   Judge: _____

Date: **10/18/2011**   Mag Ct.# _____   SSN: **REDACTED**   FBI#: _____

Case No.: _____   Assistant U. S. Attorney: **Daniel Guess**

Defendant: **Joy Hoover (2)**   Date of Birth: **REDACTED**

Address: **REDACTED**

Citizenship:   United States **X**   Mexican _____   Other _____

Interpreter Needed:   Yes _____   No **X**   Language _____

Defense Attorney: _____   Employed _____

Address of Attorney: _____   Appointed _____

Defendant is:   In Jail _____   Where: _____

On Bond _____   Amt. of Bond _____   Where: _____

Date of Arrest: _____   Bench Warrant Needed **N**

**Summons Needed   X**

Prosecution By:   Information _____   Indictment **X**

Offense (Code & Description):   **Count 1 -- (18 U.S.C. § 1349) - Conspiracy to Commit Wire Fraud**

Offense Is:   Felony **x**   Misdemeanor _____

Maximum Sentence:   **Count 1 -- 20yrs imprisonment; a fine of $250,000; TSR of 3 yrs; $100 mandatory Special Assessment.**

Penalty is Mandatory:   Yes **X** As to special assessment   No _____

Remarks: **REDACTED**

Sealed _____

Unsealed   **X**   _____

Personal Data Sheet   USAO#   **2011R15647** _____

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS

RELATED CASE __**X**__ YES ____ NO
CASE NO. **REDACTED**

**A11CR 588 SS**

County: **TRAVIS** _____   **AUSTIN** _____ Division   Judge: _____

Date: **10/18/2011** _____   Mag Ct.# _____   SSN: **REDACTED** _____   FBI#: _____

Case No.: _____   Assistant U. S. Attorney: **Daniel Guess**

Defendant: **Carol Hilton (3)** _____   Date of Birth: **REDACTED**

Address: **REDACTED** _____

Citizenship:   United States **X** _____   Mexican _____   Other _____

Interpreter Needed:   Yes _____   No **X** _____   Language _____

Defense Attorney: _____   Employed _____

Address of Attorney: _____   Appointed _____

Defendant is:   In Jail _____   Where: _____

On Bond _____   Amt. of Bond _____   Where: _____

Date of Arrest: _____   Bench Warrant Needed   **N** _____

**Summons Needed __X__**

Prosecution By:   Information _____   Indictment **X** _____

Offense (Code & Description):   **Count 1 -- (18 U.S.C. § 1349) - Conspiracy to Commit Wire Fraud**

Offense Is:   Felony **x**   Misdemeanor _____

Maximum Sentence: **Count 1 -- 20yrs imprisonment; a fine of $250,000; TSR of 3 yrs; $100 mandatory Special Assessment.**

Penalty is Mandatory:   Yes **X**
As to special assessment   No _____

Remarks: **REDACTED**